**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                      (State)

Case number (If known): __23-21195__  Chapter ____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  NJ SMARLK MATERIALS LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  84-4702026

4. **Debtor's address**

   **Principal place of business**
   380 W Weymouth Rd
   Number   Street

   Vineland   NJ   08360
   City      State ZIP Code

   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City      State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City      State   ZIP Code

5. **Debtor's website (URL)** _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor _____  Case number (if known)_____
          Name

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____    Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY

   If more than 2 cases, attach a separate list.

           District _____  When _____  Case number _____
                                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes.  Debtor _____  Relationship _____

            District _____  When _____
                                                                MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number    Street

    _____

    _____ _____
    City                                                 State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name    _____

           Phone           _____

■ **Statistical and administrative information**

Debtor _____   Case number (if known)_____
　　　　　Name

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49　　　　　　 ☐ 1,000-5,000　　　　☐ 25,001-50,000
    ☐ 50-99　　　　　　☐ 5,001-10,000　　　 ☐ 50,001-100,000
    ☐ 100-199　　　　　☐ 10,001-25,000　　　☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☒ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000　　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000　　　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million　　　☐ $100,000,001-$500 million　 ☐ More than $50 billion

16. **Estimated liabilities**

    ☒ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000　　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000　　　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million　　　☐ $100,000,001-$500 million　 ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  11/30/2023
    　　　　　　　 MM / DD / YYYY

    X _____　　　S Peterson
    　Signature of authorized representative of debtor　　Printed name

    Title  Owner

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 4

Debtor _____    Case number (if known)_____
      Name

18. **Signature of attorney**

✗ _____    Date _____
   Signature of attorney for debtor                          MM  / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____    _____    _____
City                                                 State             ZIP Code

_____    _____
Contact phone                               Email address

_____    _____
Bar number                                            State

List of Creditors

① Nat Boateng
138 S Clinton ST
East Orange NJ 07018
$41,200.00 owed.

② John Silver Co
1928 S main Rd
Vineland NJ 08360
$12,000.00 owed.